**No. 54471.**—Intra-Mar Transport Corporation *v.* United States, protest 151241–K (New York).

Opinion by EKWALL, J. At the hearing a partner of the importing firm testified that he saw the three items in question when they were imported and that they did not contain glass. Government counsel agreed that the claim of the plaintiff was well founded. On the record presented the claim as to items 7122 bis, 7006, and 7105 was sustained.